# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WATSON, JR. IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE AND TRUSTEE OF THE PUBLIC TIDELANDS TRUST<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*<br><br>    Defendants,<br><br> and<br><br>STATE OF LOUISIANA,<br><br>    Defendant Intervenor. | Case No. 1:19-cv-00989-LG-RPM |

## SECOND MOTION FOR JURISDICTIONAL DISCOVERY

COMES NOW, Michael D. Watson, Jr. (formerly Delbert Hosemann), in his Official Capacity as Secretary of State and Trustee of the Public Tidelands Trust (hereinafter "Plaintiff"), and respectfully submits this his Second Motion for Jurisdictional Discovery to prepare a response to the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), [Dkt. 14], filed by the Mississippi River Commission and the U.S. Army Corps of Engineers ("Defendants") in this matter.

For the reasons set forth in its Memorandum in Support of its Second Motion for Jurisdictional Discovery, Plaintiff respectfully requests that this Honorable Court will order Defendants to supplement the record in the manner described therein, and will further order that Plaintiff is allowed to conduct meaningful discovery, including, but not limited to, the taking of

depositions, so as to be able to effectively prosecute his case and defend against Defendants' Motion to Dismiss.

      Respectfully submitted, this the 9th of October, 2020.

|  |  |
|---|---|
|  | MICHAEL D. WATSON, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE AND TRUSTEE OF THE PUBLIC TIDELANDS TRUST |
| BY: | BALCH & BINGHAM LLP |
| BY: | *s/ K.C. Hightower*_____<br>Of Counsel |

Ben H. Stone (MSB# 7934)
Terese T. Wyly (MSB# 7414)
Bradley A. Ennis (MSB# 103319)
K.C. Hightower (MSB# 101246)
Katie Hood (MBS# 104659)
Susan Scaggs (MSB# 105727)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
bstone@balch.com
twyly@balch.com
bennis@balch.com
kchightower@balch.com
khood@balch.com
sscaggs@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 9th day of October, 2020, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which delivered a copy of the same to all counsel of record who have properly registered with the ECF system.

*s/ K.C. Hightower*
Of Counsel