IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL D. WATSON, JR.,** in his official capacity as Secretary of State and Trustee of the Public Tidelands Trust | **PLAINTIFF** |
| v. | CAUSE NO. 1:19cv989-LG-RPM |
| **UNITED STATES ARMY CORPS OF ENGINEERS; GENERAL TODD T. SEMONITE,** in his official capacity as the Commanding General of the United States Army Corps of Engineers; **MISSISSIPPI RIVER COMMISSION; GENERAL R. MARK TOY,** in his official capacity as the President-Designee of the Mississippi River Commission | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [14] Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim filed by the defendants is **GRANTED**. The plaintiff's claims against the Mississippi River Commission, General R. Mark Toy, the United States Army Corps of Engineers, and General Todd T. Semonite are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2021.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE